# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2010

141898

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

BILLIE J. DERRY,
      Plaintiff-Appellee,

v

SC: 141898
COA: 294029
Wayne CC Family Div:
03-318588-DM

JAMES A. DERRY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 31, 2010 judgment of the Court of Appeals is considered , and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2010

Clerk

p1228